296 U.S. 596
 56 S.Ct. 112
 80 L.Ed. 422
 Robert G. STONE and Carrie M. Stone, Trustees under Will of Galen L. Stone, petitioners,
v.
Thomas W. WHITE, Former Collector of Internal Revenue at Boston, Massachusetts.*
 No. 202.
 Supreme Court of the United States
 October 14, 1935
 
 Mr. Thomas Allen, of Boston, Mass., for petitioners.
 
 
 1
 For opinion below, see 78 F.(2d) 136.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied.
 
 
 
 *
 Motion to extend time to file petition for rehearing granted 296 U. S. 550, 56 S. Ct. 245, 80 L. Ed. 389.